IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-524 SLR ) |
| I.G. BURTON OF SEAFORD, LLC., a SUBSIDIARY OF I.G. BURTON & COMPANY, INC., | ) ) ) ) ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

PLEASE ENTER the appearance of the undersigned counsel as attorneys for Defendant, I.G. BURTON OF SEAFORD, LLC., a subsidiary of I.G. BURTON & COMPANY, INC.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Barry M. Willoughby, Esquire (I.D. No. 1016)
Margaret M. DiBianca (I.D. No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; (302) 571-5008
Facsimile: (302) 576-3345; (302) 576-3476
Email: bwilloughby@ycst.com; mdibianca@ycst.com
Attorney for Defendant,
I.G. Burton of Seaford, LLC, a subsidiary
of I.G. Burton & Company, Inc.

Dated: October 26, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2006, I electronically filed a true and correct copy of the foregoing Entry of Appearance with the Clerk of the Court using CM/ECF. A copy of such document was mailed to:

>Jacqueline H. McNair, Esquire
>Judith A. O'Boyle, Esquire
>Mary M. Tiernan, Esuqire
>Equal Employment Opportunity Commission
>Philadelphia District Office
>The Bourse Building
>21 S. 5th Street, Suite 400
>Philadelphia, PA 19106
>
>Ronald S. Cooper, Esquire
>James L. Lee, Esquire
>Gwendolyn Young Reams, Esquire
>U.S. Equal Employment Opportunity Commission
>1801 L Street, NW
>Washington, DC 20507
>
>Colm F. Connelly, Esquire
>Douglas McCann, Esquire
>United States Attorney District of Delaware
>The Nemours Building
>1007 Orange Street, Suite 700
>Wilmington, DE 19899-2046

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Barry M. Willoughby
>Barry M. Willoughby, Esquire
>The Brandywine Building, 17th Floor
>1000 West Street, P.O. Box 391
>Wilmington, Delaware 19899-0391
>Telephone: (302) 571-6666
>Facsimile: (302) 576-3345
>Email: bwilloughby@ycst.com
>Attorney for Defendant

Dated: October 27, 2006