IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-524 SLR |
| I.G. BURTON OF SEAFORD, LLC, A SUBSIDIARY OF I.G. BURTON & COMPANY, INC., | ) ) ) ) | JURY TRIAL DEMAND |
| Defendant. | ) | |

## ANSWER AND AFFIRMATIVE DEFENSES

Defendant, by and through the undersigned counsel, hereby answers Plaintiff's Complaint as follows:

### NATURE OF THE ACTION

This paragraph states a legal conclusion as to which no response is required. By way of further answer, Defendants specifically deny that it is now has, or in the past, engaged in any unlawful employment practice in violation of the Age Discrimination in Employment Act ("ADEA").

### JURISDICTION AND VENUE

1. This allegation states a legal conclusion as to which no response is required.

2. By way of further answer the Defendant denies that it is engaged in any unlawful employment practices in violation of the ADEA.

### PARTIES

3. Admitted.

4. Admitted.

5. Admitted.

## CONCILIATION

6. Admitted that the EEOC sought conciliation in accordance with statutory guidelines, otherwise denied.

## STATEMENT OF CLAIMS

7. Denied that Defendant has engaged in, or is continuing to engage in, any unlawful employment practice in violation of Section 4(a)(1) the ADEA, 29 U.S.C.§ 623(a)(1) at its facilities in Seaford, Delaware and/or Milford, Delaware any time now or in the past.

(a) Admitted that Blair McMasters was employed in a position that required him to operate a motor vehicle. By way of further answer, to operate a motor vehicle on behalf of Defendant, Mr. McMasters must be insurable. Defendant acted in good faith and on reasonable grounds based on information provided to it by its insurance broker that Mr. McMasters could not be insured. Defendant cannot admit or deny the remaining allegations of this paragraph of the complaint and will demand strict proof thereof.

(b) Denied. By way of further answer, Defendant acted for a legitimate non-discriminatory reasons based on insurance carrier requirements.

(c) By way of further answer, see response to subparagraph (b) above.

8. Denied.

9. Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims fail to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part by Charging Party's failure to exhaust administrative remedies and/or other applicable federal or state statutes of limitation, jurisdictional and/or administrative requirements.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims fail in whole or in part because at all times Defendant made a good faith effort to comply with applicable law, acted lawfully and with legitimate non-discriminatory business reasons that were not a pretext for unlawful discrimination.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part by Charging Party's failure to mitigate damages.

### FIFTH AFFIRMATIVE DEFENSE

Defendant's actions are based on a bona fide occupation requirement.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint may be denied in whole or in part with the doctrine of after-acquired evidence.

DB02:5596463.1    064932.1002

## PRAYER FOR RELIEF

WHEREFORE, Defendant, by through the undersigned counsel hereby requests that this court dismiss, with prejudice, Plaintiff's complaint and award it costs and attorneys fees

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Barry M. Willoughby, Esquire
Barry M. Willoughby, Esquire (I.D. No. 1016)
Margaret M. DiBianca, Esquire (I.D. No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; (302) 571-5008
Facsimile: (302) 576-3345; (302) 576-3476
Email: bwilloughby@ycst.com; mdibianca@ycst.com
Attorney for Defendant,
I.G. Burton of Seaford, LLC, a subsidiary
of I.G. Burton & Company, Inc.

Dated: November 9, 2006

4

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2006, I electronically filed Defendant's Answer and Affirmative Defenses with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Colm F. Connelly, Esquire
> Douglas McCann, Esquire
> United States Attorney District of Delaware
> The Nemours Building
> 1007 Orange Street, Suite 700
> Wilmington, DE 19899-2046

I have mailed, by United States Postal Service, the document to the following non-registered participants:

> Jacqueline H. McNair, Esquire
> Judith A. O'Boyle, Esquire
> Mary M. Tiernan, Esquire
> Equal Employment Opportunity Commission
> Philadelphia District Office
> The Bourse Building
> 21 S. 5th Street, Suite 400
> Philadelphia, PA 19106

> Ronald S. Cooper, Esquire
> James L. Lee, Esquire
> Gwendolyn Young Reams, Esquire
> U.S. Equal Employment Opportunity Commission
> 1801 L Street, NW
> Washington, DC 20507

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Barry M. Willoughby
> Barry M. Willoughby, Esquire (I.D. 1016)
> The Brandywine Building, 17th Floor
> 1000 West Street, P.O. Box 391
> Wilmington, Delaware 19899-0391
> Telephone: (302) 571-6666
> Facsimile: (302) 576-3345
> Email: bwilloughby@ycst.com
> Attorney for Defendant

Dated: November 9, 2006