IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
EQUAL EMPLOYMENT OPPORTUNITY  )
COMMISSION,                   )
                             )
          Plaintiff,          )
                             )
     v.                       )    Civ. No. 06-524-SLR
                             )
I.G. BURTON OF SEAFORD, LLC,  )
a subsidiary of I.G. Burton & )
Company, Inc.,                )
                             )
          Defendant.          )
```

**ORDER FOR SCHEDULING CONFERENCE**

At Wilmington this 4th day of January, 2007,

IT IS ORDERED that:

1. A telephonic scheduling conference to be initiated

by plaintiff's counsel shall be held on **Wednesday, January 31,**

**2007,** at **8:15 a.m.** See D. Del. LR 16.2.

2. Pursuant to the early disclosure requirements of

Fed. R. Civ. P. 26(a)(1), counsel shall immediately exchange the

following information without formal discovery requests:

> (a) identities of individuals likely to have
>     knowledge of discoverable information that
>     may be used to support the disclosing
>     party's claims or defenses;
>
> (b) documents and things in the possession
>     of counsel or the party that may be used to
>     support the disclosing party's claims or
>     defenses;
>
> (c) identities of experts and their opinions;
>
> (d) insurance agreements in force; and

        (e)   statement of the basis for any damages
              claimed.

        Counsel should **not** file any of the aforementioned with
the court.

        3.   Prior to the teleconference scheduled herein,
counsel shall confer pursuant to Fed. R. Civ. P. 26(f) and shall
submit a discovery plan to the undersigned not later than 24
hours prior to the conference with the court.  The discovery plan
shall conform to the form of scheduling order found on Chief
Judge Robinson's website at www.ded.uscourts.gov.

        4.   At the teleconference with the court, all parties
shall be represented by counsel who shall have full authority to
bind their clients in all pretrial matters.

        5.   If any party hereafter enters an appearance,
counsel for plaintiff shall notify said party of the above
conference and forward to that party a copy of this order.

        6.   The parties shall advise the undersigned
immediately if this matter has been settled or terminated so that
the above conference may be canceled.

        7.   Counsel are further advised that communications to
the court by FAX will not be accepted.

                                    _____
                        United States District Judge

2