IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 06-524-SLR |
| v. | ) ) | |
| I.G. BURTON OF SEAFORD, LLC, A SUBSIDIARY OF I.G. BURTON & CO., INC., | ) ) ) | |
| Defendant, | ) | |

## NOTICE OF SERVICE

I, Barry M. Willoughby, Esquire, hereby certify that on January 29, 2007, I caused a copy of Defendant's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a) to be served upon the following counsel of record:

**VIA FIRST CLASS MAIL**
Mary M. Tiernan, Esquire
U.S. Equal Opportunity Commission
Philadelphia District Office
21 South 5th Street, Suite 400
Philadelphia, PA 19106-2515

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Barry M. Willoughby
Barry M. Willoughby, Esquire (No. 1016)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6666; -5008
Facsimile: (302) 576-3345; -3476
Email:  bwillougby@ycst.com; mdibianca@ycst.com
Attorneys for Defendant

Dated: January 29, 2007