IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>I.G. BURTON OF SEAFORD, LLC, A SUBSIDIARY OF I.G. BURTON & COMPANY, INC.<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)　CIVIL ACTION NO. 06-524 SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of **TERRENCE R. COOK** and **MARY M. TIERNAN** to represent Plaintiff EEOC in this matter.

　　　　　　　　　　　　　　　　　　　　Colm F. Connelly
　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　District of Delaware
　　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY
　　　　　　　　　　　　　　　　　　　　DISTRICT OF DELAWARE

　　　　　　　　　　　BY:　_/s/ Douglas E. McCann_
　　　　　　　　　　　　　　　　　　　　DOUGLAS McCANN
　　　　　　　　　　　　　　　　　　　　Asst. U.S. Attorney, Chief Civil Division
　　　　　　　　　　　　　　　　　　　　Acting Civil Chief, U.S. Attorney
　　　　　　　　　　　　　　　　　　　　The Nemours Building
　　　　　　　　　　　　　　　　　　　　1007 Orange Street
　　　　　　　　　　　　　　　　　　　　Suite 700
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19899-2046
　　　　　　　　　　　　　　　　　　　　(302) 573-6277
　　　　　　　　　　　　　　　　　　　　DE BAR ID NO. 2145

Dated: January 29, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. 06-524 SLR |
| v. | ) ) | |
| I.G. BURTON OF SEAFORD, LLC, A SUBSIDIARY OF I.G. BURTON & COMPANY, INC. | ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New Jersey and pursuant to Local Rule 83.5 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: 1/26/07

Signed: _Terrence Cook_
Terrence Cook
Acting Supervisory Trial Attorney
Equal Employment Opportunity
 Commission
Philadelphia District Office
21 South Fifth Street, Suite 400
Philadelphia, PA 19106
215) 440-2688 (direct dial)
(215) 440-2828 (main number)

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Pennsylvania and New Jersey

and pursuant to Local Rule 83.5 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.

    I also certify I am generally familiar with this Court's Local Rules.

Date: 1/26/07

Signed: *Mary M. Tiernan*
Mary M. Tiernan
Senior Trial Attorney
Equal Employment Opportunity
 Commission
Philadelphia District Office
21 South Fifth Street, Suite 400
Philadelphia, PA 19106
(215) 440-2686 (direct dial)
(215) 440-2828 (main number)
PA Bar No. 60625

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>I.G. BURTON OF SEAFORD, LLC, A SUBSIDIARY OF I.G. BURTON & COMPANY, INC.<br>Defendants. | CIVIL ACTION NO. 06-524 SLR |

## ORDER ON MOTION FOR PRO HAC VICE ADMISSION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.


Dated: _____      _____
                              United States District Court Judge

CERTIFICATE OF SERVICE

I, hereby certify that on this _29_ **day of** _JANUARY_, 2007, I caused to be served via U.S. Mail, postage prepaid, a true and correct copy of the foregoing Plaintiff EEOC's Motion for Admission Pro Hac Vice, and attached certification of Counsel, to the following Counsel of Record:

>Barry M. Willoughby, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>The Brandywine Building, 17th Floor
>100 West Street, P.O. Box 391
>Wilmington, Delaware 19899-0391
>Attorney for Defendant

_____
DOUGLAS McCANN
Asst. U.S. Attorney, Chief Civil Division
Acting Civil Chief, U.S. Attorney
The Nemours Building
1007 Orange Street
Suite 700
Wilmington, Delaware 19899-2046
(302) 573-6277
DE BAR ID NO. 2145