IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) | C.A. No. 06-524-SLR |
| v. | ) ) | |
| I.G. BURTON OF SEAFORD, LLC, A SUBSIDIARY OF I.G. BURTON & COMPANY, INC., | ) ) ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington this \_31st\_ day of \_Jan.\_, 2007, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2 (a) and (b).

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties shall exchange by January 30, 2007, the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Discovery.**

(a) Discovery will be needed on the following subjects: liability, namely whether Defendant terminate Blair McMasters and a class of similarly-situation individuals in the protected age group, from their positions as Runners, based on age; the defenses asserted by Defendant; damages; and any other information that becomes relevant during discovery.

(b) All discovery shall be commenced in time to be completed by August 28, 2007.

(c) Maximum of 25 interrogatories and 60 requests for production by each party to any other party.

(d) Maximum of 50 requests for admission by each party to any other party.

(e) Maximum of 10 depositions by plaintiff, exclusive of expert depositions, and 10 depositions by defendant, exclusive of expert depositions.

(f) Each deposition shall be limited to a maximum of 7 hours unless extended by agreement of parties.

(g) Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by May 18, 2007. Rebuttal expert reports due by June 18, 2007.

(h) **Discovery Disputes**. Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to **two (2)** Rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

3. **Joinder of other Parties, Amendment of Pleadings, and Class Certification**. All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or

before March 16, 2007.

    4.  **Settlement Conference.** Pursuant to 28 U.S.C.§ 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring ADR.

    5.  **Summary Judgment Motions.** All summary judgment motions shall be served and filed with an opening brief on or before September 28, 2007. Opposition briefs shall be filed by October 29, 2007. Reply briefs shall be filed by November 12, 2007. No summary judgment motion may be filed more than **ten (10)** days from the above date without leave of the court.

    6.  **Applications by Motion.** Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

    7.  **Motions in Limine.** All motions in limine shall be filed on or before 2/19/08. All responses to said motions shall SLR be filed on or before 2/26/08.

    8.  **Pretrial Conference.** A pretrial conference will be held on 3/4/08 at 4:30 p.m. in courtroom 6B, sixth floor SLR Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

9. **Trial**. This matter is scheduled for a ~~one~~ *two* week jury trial commencing on 3/24/08 in courtroom 6B, sixth floor Federal *SLR* Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

_____
United States District Judge