IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 06-524-SLR |
| | ) |
| I.G. BURTON OF SEAFORD, LLC, A SUBSIDIARY OF I.G. BURTON & COMPANY, INC., | ) ) ) ) |
| Defendant. | ) |

**STIPULATION TO EXTEND**

It is hereby stipulated by and between the parties in the above-captioned matter that the deadline for submission of expert witness reports shall be extended as follows: (1) the report of any retained expert(s) on issues for which any party has the burden of proof shall be due June 18, 2007; and (2) any rebuttal report(s) shall be due July 18, 2007.

Respectfully submitted,

*/s/ Mary M. Tiernan, Esquire*

Mary M. Tiernan, Esquire
Equal Employment Opportunity Commission
Philadelphia District Office
The Bourse Building
21 S. 5th Street, Suite 400
Philadelphia, PA 19106
Telephone: (215) 440-2828

*/s/ Margaret M. DiBianca*

Barry M. Willoughby, Esquire (I.D. No. 1016)
Margaret M. DiBianca, Esquire (I.D. No. 4539)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, DE 19899
Telephone: (302) 571-6666;-5008
Facsimile: (302) 576-3345;-3476
Email: bwilloughby@ycst.com; mdibianca@ycst.com
Attorneys for Defendant

*/s/ Douglas McCann*

Douglas McCann (I.D. No. 3852)
Asst. U.S. Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19899-2046

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge