IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

U.S. EQUAL EMPLOYMENT            )
OPPORTUNITY COMMISSION,          )
                                 )
                    Plaintiff,   )    C.A. No. 06-524-SLR
          v.                     )
                                 )
I.G. BURTON OF SEAFORD, LLC, A   )
SUBSIDIARY OF I.G. BURTON & CO., )
INC.,                            )
                    Defendant,   )

## NOTICE OF SERVICE

I, Margaret M. DiBianca, Esquire, hereby certify that on May 31, 2007, I caused a

copy of Defendant's First Request for Production of Documents and Defendant's First

Set of Interrogatories to be served upon the following counsel of record:

**VIA FIRST CLASS MAIL**
Mary M. Tiernan, Esquire
U.S. Equal Opportunity Commission
Philadelphia District Office
21 South 5th Street, Suite 400
Philadelphia, PA 19106-2515

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca
_____
Barry M. Willoughby, Esquire (No. 1016)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666; -5008
Facsimile: (302) 576-3345; -3476
Email: bwilloughby@ycst.com; mdibianca@ycst.com
Attorneys for Defendant