IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) | C.A. No. 06-524-SLR |
| v. | ) ) | |
| I.G. BURTON OF SEAFORD, LLC, A SUBSIDIARY OF I.G. BURTON & COMPANY, INC., | ) ) ) | |
| Defendant. | | |

**NOTICE OF DEPOSITION**

TO:    Mary M. Tiernan, Esquire
       Equal Employment Opportunity Commission
       Philadelphia District Office/ The Bourse
       21 South 5th Street, Suite 400
       Philadelphia, PA  19106

       PLEASE TAKE NOTICE that the undersigned will take the oral deposition of John

Collison on Wednesday, July 17, 2007 at 9:30 a.m., and continuing thereafter from hour to hour and

day to day until completion, in the law offices of Young Conaway Stargatt & Taylor, LLP, The

Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19801.

                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                    /s/ Margaret M. DiBianca
                    Margaret M. DiBianca, Esquire (No. 4539)
                    The Brandywine Building
                    1000 West Street, 17th Floor
                    P.O. Box 391
                    Wilmington, Delaware  19899-0391
                    Telephone: (302) 571-5008
                    Facsimile: (302) 576-3476
                    Email:  mdibianca@ycst.com
                    Attorneys for Defendant

Dated:   June 22, 2007