IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| I.G. BURTON OF SEAFORD, LLC, A SUBSIDIARY OF I.G. BURTON & COMPANY, INC., | ) ) ) ) |
| Defendant. | |

C.A. No. 06-524-SLR

## NOTICE OF DEPOSITION

TO:   Mary M. Tiernan, Esquire
      Equal Employment Opportunity Commission
      Philadelphia District Office/ The Bourse
      21 South 5th Street, Suite 400
      Philadelphia, PA  19106

   PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Richard Sachs on Wednesday, July 18, 2007 at 9:30 a.m., and continuing thereafter from hour to hour and day to day until completion, in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
Email:  mdibianca@ycst.com
Attorneys for Defendant

Dated:  June 22, 2007