IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 06-524-SLR |
| | ) |
| I.G. BURTON OF SEAFORD, LLC, A SUBSIDIARY OF I.G. BURTON & COMPANY, INC., | ) ) ) ) |
| Defendant. | |

## NOTICE OF EXPERT DISCLOSURE

I hereby certify that on July 6, 2007, two (2) true and correct copies of Defendant's Rule 26(a)(2) Expert Disclosure was served by U.S. Mail upon counsel for the Plaintiff at the address set forth below:

>Mary M. Tiernan, Esquire
>Equal Employment Opportunity Commission
>Philadelphia District Office/The Bourse
>21 South 5th Street, Suite 400
>Philadelphia, PA 19106

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca
Barry M. Willoughby, Esquire (No. 1016)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
Email:  mdibianca@ycst.com
Attorneys for Defendant

Dated:  July 7, 2007