IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 06-524-SLR ) |
| I.G. BURTON OF SEAFORD, LLC, A SUBSIDIARY OF I.G. BURTON & COMPANY, INC., | ) ) ) ) |
| Defendant. | ) |

**STIPULATION TO EXTEND**

It is hereby stipulated by and between the parties in the above-captioned matter that the deadlines set forth in the Scheduling Order shall be extended as follows:

1. All discovery shall be commenced in time to be completed by November 27, 2007.

2. All case dispositive motions shall be served and filed with an opening brief on or before January 7, 2007.

3. Opposition briefs shall be filed by February 7, 2008.

4. Reply briefs shall be filed by February 21, 2008.

5. Reports from retained experts under Rule (26) (a) (2) on issues for which any party has the burden of proof due by August 30, 2007.

6. Rebuttal expert reports due by September 30, 2007.

The parties have engaged in several settlement discussions and make this request because they believe that additional time for settlement discussions may likely lead to resolution of this matter.  This is the parties' first request for an extension of the deadline for fact discovery.  Counsel for both parties certify that they have consulted with their respective clients about this request and the Court's policy regarding the loss of the previously scheduled trial date.  The clients are aware of and have been provided with a copy of this request.

Respectfully submitted,

| | |
|---|---|
| /s/ Mary M. Tiernan | /s/ Margaret M. DiBianca |
| Mary M. Tiernan, Esquire | Barry M. Willoughby, Esquire (I.D. No. 1016) |
| Equal Employment Opportunity Commission | Margaret M. DiBianca, Esquire (I.D. No. 4539) |
| Philadelphia District Office | Young Conaway Stargatt & Taylor, LLP |
| The Bourse Building | The Brandywine Building, 17th Floor |
| 21 S. 5th Street, Suite 400 | 1000 West Street, P.O. Box 391 |
| Philadelphia, PA 19106 | Wilmington, DE 19899 |
| Telephone: (215) 440-2828 | Telephone: (302) 571-6666;-5008 |
| E-mail: mary.tiernan@eeoc.gov | Facsimile: (302) 576-3345;-3476 |
| | E-mail: bwilloughby@ycst.com; mdibianca@ycst.com |
| | Attorneys for Defendant |

*/s/ Douglas McCann*
Douglas McCann (I.D. No. 3852)
Assistant U.S. Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19899-2046
Telephone: (302) 573-6277 ext. 168
E-mail: douglas.mccann@usdoj.gov

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge