IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) | C.A. No. 06-524-SLR |
| v. | ) ) | |
| I.G. BURTON OF SEAFORD, LLC, A SUBSIDIARY OF I.G. BURTON & CO., INC., | ) ) ) | |
| Defendant, | ) | |

### NOTICE OF SERVICE

I, Margaret M. DiBianca, Esquire, hereby certify that on July 26, 2007, I caused a copy of Defendant's Second Set of Interrogatories Directed to Plaintiff to be served upon the following counsel of record:

### VIA FIRST CLASS MAIL

Mary M. Tiernan, Esquire
U.S. Equal Opportunity Commission
Philadelphia District Office
20 North 8th Street, Penthouse, Suite 1300
Philadelphia, PA  19107-3101


YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca
Barry M. Willoughby, Esquire (No. 1016)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6666; -5008
Facsimile: (302) 576-3345; -3476
Email:  bwilloughby@ycst.com; mdibianca@ycst.com
Attorneys for Defendant